UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCHAGHTICOKE TRIBAL NATION,<br><br>  Plaintiff,<br><br>    v.<br><br>KENT SCHOOL CORP., INC., *et al.*<br><br>  Defendants.<br><br>    v.<br><br>BARBOUR GRIFFITH & ROGERS LLC.<br>and BRADLEY BLAKEMAN,<br><br>  Interested Parties. | Misc. Action No. 05-0288 (CKK) |

**ORDER**

    This matter is before the Court based on the Schaghticoke Tribal Nation's ("the Tribe's") subpoenas served on Barbour, Griffith & Rogers LLC and Bradley Blakeman ("Interested Parties") and the Interested Parties' Motion to Quash Subpoenas and Motion for Protective Order filed on July 22, 2005.  Given that (1) the Tribe has withdrawn its subpoenas served on the Interested Parties based on the Honorable Peter C. Dorsey's September 30, 2005 Order denying an extension of discovery in the relevant cases, United States District Court for the District of Connecticut Civil Action Nos. H-85 1078(PCD); 3-98-CV 01113(PCD); 3-00-CV 0820(PCD) (D. Conn.), (2) the Interested Parties' Motion to Quash and Motion for a Protective Order is considered moot, and (3) the Tribe and the Interested Parties have consented in an October 17, 2005 letter to this Court that – should Judge Dorsey later re-open discovery – the Tribe reserves

its right to issue new subpoenas and the Interested Parties reserve their rights to object to any subpoenas issued to them by the Tribe, it is, this 25th day of October, 2005, hereby

**ORDERED** that the above-captioned action is now MOOT and shall be REMOVED WITHOUT PREJUDICE to the Tribe or the Interested Parties.

**SO ORDERED**.

  /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge